UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| MACK MATTHEWS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 1:16-cv-00108 |
| | ) | JUDGE CRENSHAW |
| CIVIC CORE, et al., | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge, to which no timely objections have been filed. (Doc. No. 15.) The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED**.

Accordingly, Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. No. 6) is **DENIED**.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE